## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                             NO. 4:01CR00190-001 SWW

BRYANT DEWAYNE COGSHELL

### ORDER

The above entitled cause came on for hearing on government's petition to revoke the supervised release [doc #199] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of TWENTY-ONE (21) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in Forrest City, Arkansas.

There will be no term of supervised release following the term of incarceration.

The defendant is ordered to report to the designated facility on Monday, January 5, 2009 by noon to begin the service of the sentence imposed.

IT IS SO ORDERED this 12th day of November 2008.

/s/Susan Webber Wright

United States District Judge